*In re* RICARDO SKERRETT YORDÁN.

*Número:* 8233　　　　　*Resuelto:* 29 de octubre de 1993

*Ricardo Skerrett Yordán, pro se; Govén D. Martínez Surís,* Director de la Oficina de Inspección de Notarías.

## I

PER CURIAM: El 30 de abril de 1993 el Director de la Oficina de Inspección de Notarías, Lcdo. Govén D. Martínez Surís, nos informó sobre las gestiones infructuosas —desde julio de 1992— dirigidas a que el notario Ricardo Skerrett Yordán subsanara varias deficiencias en su obra notarial, consistentes en haber omitido en numerosas escrituras los sellos de rentas internas, notariales y de asistencia legal.

Vista esa información, el 28 de mayo pasado le concedimos veinte (20) días improrrogables para que las corrigiera, bajo apercibimiento de sanciones disciplinarias. Fue notificado personalmente el 2 de junio.

Por incumplir, el 20 de agosto lo suspendimos provisionalmente del ejercicio de la notaría. Nuevamente le concedimos veinte (20) días para subsanarlas,([1]) y *simultáneamente* que mostrara causa ante este Foro por la cual no debería ser suspendido *indefinidamente* de la notaría. Fue advertido que su ulterior incomparecencia podría dar motivo a que la sanción disciplinaria se extendiera a la abogacía. Inexplicablemente, hizo caso omiso.

## II

Las circunstancias expuestas no nos dejan más alternativa que extender su suspensión al ejercicio de la abogacía. *Primero*, es harto conocida la importancia de cancelar en los instrumentos notariales los sellos de rentas

---

([1]) Consistente de las siguientes:

Protocolo de 1988, Escritura Núm. 88, adeuda treinta y cuatro dólares ($34) en sellos de rentas internas y un dólar ($1) notarial: Escrituras Núms. 11 y 12, no tienen sellos; Protocolo de 1989, Escrituras Núms. 6, 7 y 8 no tienen sellos; Protocolos de 1990, 1991 y 1992, todas las escrituras carecen de sellos, y Protocolo de 1993, en el índice de 9 de febrero de 1993 se informó la Escritura Núm. 5 cuando en realidad era la Escritura Núm. 1.

Además, el Registro de Declaraciones Juradas carece de un número sustancial de sellos de Asistencia Legal de dos dólares ($2).

internas y de otros conceptos, y su omisión acarrea fuertes sanciones disciplinarias. *In re Aponte Parés*, 132 D.P.R. 448 (1993); *In re Rodríguez Dávila*, 132 D.P.R. 447 (1993). Y *segundo*, su dejadez —al ignorar nuestros requerimientos— sólo puede interpretarse como que no tiene interés de continuar ejerciendo la abogacía y notaría. *In re Castro Jiménez*, 132 D.P.R. 1040 (1993).

*Se dictará la correspondiente sentencia suspendiéndolo indefinidamente de la abogacía.*

La Juez Asociada Señora Naveira de Rodón y el Juez Asociado Señor Hernández Denton no intervinieron.